IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| EDWARD GATES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 7:12-CV-045-O-BL |
| | § | |
| NORTHERN DISTRICT PAROLE, | § | |
| | § | |
| Respondent. | § | |

ORDER ACCEPTING REPORT RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial of habeas relief set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the instant petition is DENIED.

SO ORDERED this 5th day of February, 2015.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**